In re:                                                                                    Case No. 22-05071-MCW

CHRISTOPHER R COGAR                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2024 | Form ID: pdf011 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | CHRISTOPHER R COGAR, 12545 W ORANGE DR, LITCHFIELD PARK, AZ 85340-3406 |
| 16868726 | +++ | Wilshire Consumer Credit, 4751 Wilshire Blvd # 100, Los Angeles CA 90010-3847 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Sep 25 2024 22:46:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N Central Ave Suite 100, Phoenix, AZ 85004-1546 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 25 2024 22:53:22 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 25 2024 22:48:00 | Wilshire Consumer Credit, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |
| 16770210 | + | Email/Text: bankruptcynotices@azdor.gov | Sep 25 2024 22:46:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16783731 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 25 2024 22:47:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 16773826 | + | Email/Text: ctcdupecust@cornwelltools.com | Sep 25 2024 22:47:00 | CORNWELL TECH CREDIT, 667 SEVILLE RD, WADSWORTH, OH 44281-1077 |
| 16802742 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 23:18:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16771693 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 25 2024 22:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 16782665 | | Email/Text: legalservices12@snaponcredit.com | Sep 25 2024 22:47:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 16768690 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 25 2024 22:48:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 54807, Los Angeles CA 90054-0807 |
| 16785264 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 22:53:00 | Westlake Services, LLC, c/o Resurgent Capital Services, P.O. Box 3427, Greenville, SC 29602-3427 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| MATTHEW ALLEN SILVERMAN | on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,sandra.carlson@azag.gov |
| THOMAS ADAMS MCAVITY | on behalf of Debtor CHRISTOPHER R COGAR documents@phxfreshstart.com  tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| CHRISTOPHER R COGAR | Case No. 2:22-bk-05071-MCW |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the debtor(s) failed to respond to the Trustee's request for corrective action.

The Stipulated Order Confirming the Plan required the debtor(s) to turnover 2022-2023 State and Federal Tax Returns and Refunds to the Trustee within 30 days of filing. As of the date of this Motion, the debtor(s) failed to comply with the tax requirement of the Stipulated Order Confirming the Plan. To date, no Motion to Extend Time to comply has been filed to resolve these issues.

The Trustee will lodge an order dismissing this case if the debtor(s) fail to do one of the following within 30 days of the mailing of this motion:

1. Resolves the issues listed above.

2. Requests a hearing.

3. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.

4. The debtor(s) file an Amended or Modified Plan with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

Edward J.
Maney,
Esq.

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

Digitally signed
by Edward J.
Maney, Esq.
Date: 2024.09.24
11:22:36 -07'00'

By

Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:22-05071-MCW

Copies of the foregoing mailed (see electronic signature below) to the following:


Attorney for Debtor (s):
Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Debtor (s):
CHRISTOPHER R COGAR
12545 W ORANGE DR
LITCHFIELD PARK, AZ. 85340

,

Tom Bellows

Digitally signed by Tom
Bellows
Date: 2024.09.24 13:26:07
-07'00'

By:_____
Trustee's Clerk